IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LEAH GETCHEL, individually, and
on behalf of all other similarly situated,

    Plaintiff,

v.                                                          Case No. 2:21-cv-2436-MSN-atc
                                                           JURY DEMAND

WAKEFIELD AND ASSOCIATES, INC.,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed June 28, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 35), filed October 3, 2022, this matter is hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without costs to either party.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 03, 2022
Date